No. 1302, Misc. KRAWITZ v. MCSHANE, U. S. MAR-SHAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondents.

No. 1303, Misc. MORRIS v. ROUSOS. Supreme Court of Texas. Certiorari denied.

No. 1304, Misc. MORGAN v. HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 1305, Misc. DECLARA v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioner.

No. 1310, Misc. GAGER v. SEIDEL, DOING BUSINESS AS BOB SEIDEL'S RESTAURANT, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondents.

No. 1311, Misc. ERNST v. YEAGER. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se*. *Norman Heine* for respondent.

No. 1312, Misc. MANGUM v. RANDALL. Supreme Court of North Carolina. Certiorari denied.

No. 1313, Misc. ADAMS v. MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1314, Misc. MARTIN v. WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied.